**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-11832-GAO

RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGER C. DOWNING, JR., CLARARISE BRISTOW and the MASSACHUSETTS ASS'N OF MINORITY LAW ENFORCEMENT OFFICERS,
  Plaintiffs,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT and KATHLEEN O'TOOLE as she is Commissioner of the Boston Police Department.
  Defendants.

## DEFENDANTS' MOTION (WITHOUT OBJECTION) TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B)

NOW COME the Defendants, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for this motion, the Defendants state that:

1. The Defendants removed this action to this Court on Friday, September 9, 2005, and responsive pleadings are due on Friday, September 30, 2005;

2. Undersigned counsel was informed on September 13, 2005, that the Defendants may appoint outside counsel to represent them in this matter;

3. The decision as to representation is expected to be made in the next week;

4. The Defendants prefer that counsel who ultimately handles the above-entitled action have the opportunity to make responsive pleadings on their behalf. In the event that new counsel is appointed, said counsel will require additional time to investigate the Complaint and draft responsive pleadings;

5. The Plaintiffs do not object to the Defendants' request for more time to file responsive pleadings (see attached Rule 7.1 Certificate);

6. The Defendants request an extension until October 7, 2005, to file responsive pleadings; and,

7.      Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file responsive pleadings to Plaintiffs' Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before October 7, 2005.

           Respectfully submitted,

           DEFENDANTS, CITY OF BOSTON, BOSTON POLICE DEPARTMENT and KATHLEEN O'TOOLE

           Merita A. Hopkins
           Corporation Counsel
           By their attorneys:

           /s/ Amy E. Ambarik
           Amy E. Ambarik, Esq.
           BBO# 637348
           Legal Advisor
           Margaret M. Buckley
           BBO No. 561101
           Staff Attorney, Office of the Legal Advisor
           Boston Police Department
           One Schroeder Plaza
           Boston, MA  02120
           (617) 343-4550

           James M. Chernetsky, Esq.
           BBO# 638152
           Assistant Corporation Counsel
           City of Boston Law Department
           Room 615, City Hall
           Boston, MA 02201
           (617) 635-4048

**CERTIFICATION OF CONFERENCE**

       Pursuant to Local Rule 7.1(2), undersigned counsel for the Defendants states that Attorney Buckley has conferred with counsel for the Plaintiffs, and that Rheba Rutkowski, Esq. counsel for the Plaintiffs, has indicated that the Plaintiffs do not oppose this motion.

| | |
|---|---|
| /s/ Amy E. Ambarik | 9/29/05 |
| Amy E. Ambarik, Esq. | Date |
| BBO# 637348 | |
| Legal Advisor | |
| Boston Police Department | |
| One Schroeder Plaza | |
| Boston, MA  02120 | |
| (617) 343-4550 | |

3