**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-11832-GAO

RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW and the MASSACHUSETTS ASS'N OF MINORITY LAW ENFORCEMENT OFFICERS,
        <u>Plaintiffs</u>,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT and KATHLEEN O'TOOLE as she is Commissioner of the Boston Police Department.
        <u>Defendants</u>.

**DEFENDANT BOSTON POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT.**

NOW COMES the City of Boston Police Department, Defendant in the above-entitled action (hereinafter, "the Police Department"), and moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all counts of the Plaintiffs' Complaint directed against it.

As grounds therefore, the Police Department states that it has no legal existence or liability to suit separate from the City of Boston, against whom each of the claims directed against the Police Department is already directed.  Any order of this Court directed against the City of Boston is already binding upon the Police Department, and the claims against it are therefore redundant and superfluous.

In support of its motion, the Police Department submits the attached Memorandum of Law.

                                    Respectfully submitted,
                                     DEFENDANT, BOSTON POLICE DEPARTMENT

                                    Merita A. Hopkins
                                    Corporation Counsel

                                    By its attorneys:

                                    s/ James M. Chernetsky
                                    _____
                                    James M. Chernetsky, Esq.

                                    BBO# 638152
                                    Assistant Corporation Counsel
                                    City of Boston Law Department
                                    Room 615, City Hall
                                    Boston, MA 02201
                                    (617) 635-4048

                                    Margaret M. Buckley
                                    BBO No. 561101
                                    Staff Attorney, Office of the Legal
                                    Advisor
                                    Boston Police Department
                                    One Schroeder Plaza
                                    Boston, MA  02120
                                    (617) 343-4550

### Certification Pursuant to Local Rule 7.1(a)(2)

I hereby certify that on September 22, 2005, I conveyed to Rheba Rutkowski, Esq., counsel for the Plaintiffs, the grounds for this Motion and that the Parties were unable thereafter to resolve the issues presented herein.


s/ James M. Chernetsky
_____