UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BOSTON, ET AL., )<br>)<br>Defendants. ) | NO. 05-11832-GAO |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
FOR PLAINTIFF RONNIE JONES**

The undersigned, Ronnie Jones and Rheba Rutkowski, counsel for Mr. Jones, hereby affirm that Mr. Jones and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff Ronnie Jones

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623579.1

2

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

/s/ Rheba Rutkowski
Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BOSTON, ET AL., ) <br> ) <br> Defendants. ) | NO. 05-11832-GAO |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**
**FOR PLAINTIFF RICHARD BECKERS**

The undersigned, Richard Beckers and Rheba Rutkowski, counsel for Mr. Beckers, hereby affirm that Mr. Beckers and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff Richard Beckers

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623580.1

CERTIFICATE OF SERVICE

    I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                              /s/ Rheba Rutkowski
                              Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. 05-11832-GAO |
| | ) | |
| CITY OF BOSTON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
## FOR PLAINTIFF WALTER R. WASHINGTON

The undersigned, Walter R. Washington and Rheba Rutkowski, counsel for Mr. Washington, hereby affirm that Mr. Washington and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff Walter R. Washington

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623581.1

## CERTIFICATE OF SERVICE

    I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                                                         /s/ Rheba Rutkowski
                                                         Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BOSTON, ET AL., )<br>)<br>Defendants. )<br>) | NO. 05-11832-GAO |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
FOR PLAINTIFF WILLIAM E. BRIDGEFORTH**

The undersigned, William E. Bridgeforth and Rheba Rutkowski, counsel for Mr. Bridgeforth, hereby affirm that Mr. Bridgeforth and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff William E. Bridgeforth

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623582.1

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                /s/ Rheba Rutkowski
                Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BOSTON, ET AL., )<br>)<br>Defendants. )<br>) | NO. 05-11832-GAO |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
FOR PLAINTIFF SHAWN N. HARRIS**

The undersigned, Shawn N. Harris and Rheba Rutkowski, counsel for Mr. Harris, hereby affirm that Mr. Harris and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff Shawn N. Harris

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
 Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

2

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                    /s/ Rheba Rutkowski
                    Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONNIE JONES, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BOSTON, ET AL., )<br>)<br>Defendants. )<br>) | NO. 05-11832-GAO |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
## FOR PLAINTIFF EUGENE WADE

The undersigned, Eugene Wade and Rheba Rutkowski, counsel for Mr. Wade, hereby affirm that Mr. Wade and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_Eugene Wade_
Plaintiff Eugene Wade

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623584.1

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                                                     /s/ Rheba Rutkowski
                                                   Rheba Rutkowski

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BOSTON, ET AL., ) <br> ) <br> Defendants. ) | NO. 05-11832-GAO |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)
FOR PLAINTIFF GEORGE C. DOWNING**

The undersigned, George C. Downing and Rheba Rutkowski, counsel for Mr. Downing, hereby affirm that Mr. Downing and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Plaintiff George C. Downing, Jr.

/s/ Rheba Rutkowski
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 3, 2006

LITDOCS/623585.1

CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 3, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

          /s/ Rheba Rutkowski
          Rheba Rutkowski