**BINGHAM McCUTCHEN**

*Rheba Rutkowski, Esq.*
*Direct Dial: 617.951-8606*
*E-Mail: rheba.rutkowski@bingham.com*

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

February 6, 2005

**VIA ELECTRONIC FILING**

Office of the Clerk
United States District Courthouse
1 Courthouse Way
Boston, MA  02210

    *Re:*  *Ronnie Jones, et al. v. City of Boston, et al.*
          *C.A. No. 05-11832-GAO*

Dear Sir or Madam:

Enclosed for filing in the above-captioned matter, please find a Certificate of Compliance with Local Rule 16.1(D)(3) for plaintiff MAMLEO. The Parties' Joint Statement with Certificates were filed on Friday, February 3, 2006. However, MAMLEO's certificate was inadvertently omitted from the filing.

I apologize for any inconvenience this may have caused. Please contact me should you have any questions.

Thank you for your assistance with this matter.

Very truly yours,

*Rheba Rutkowski /RJW/*

Rheba Rutkowski, Esq.

Enclosure

cc:    Paul M. Robertson, Esq.
       Rachael Splaine-Rollins, Esq.
       (each w/ copy of enclosure)

LITDOCS/630167.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONNIE JONES, ET AL.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　)　　NO. 05-11832-GAO
　　　　　　　　　　　　　　　　　　　)
CITY OF BOSTON, ET AL.,　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) FOR PLAINTIFF MAMLEO

The undersigned, Angela Williams-Mitchell, President of the Massachusetts Association of Minority Law Enforcement Officers (MAMLEO) and Rheba Rutkowski, counsel for MAMLEO, hereby affirm that MAMLEO and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_/s/ Angela Williams-Mitchell_
Plaintiff MAMLEO, By its President
Angela Williams-Mitchell

_/s/ Rheba Rutkowski_
Paul Robertson, BBO # 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO # 641972
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated: February 6, 2006

LITDOCS/623586.1

2

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on February 6, 2006, a true copy of the above document was served by electronic mail upon James M. Chernetsky, City of Boston Law Department, Boston City Hall, Room 615, Boston, MA 02201, and Margaret Mary Buckley, City of Boston Police Department, Office of the Legal Advisor, 1 Schroeder Plaza, Boston, MA 02120.

                                              /s/ Rheba Rutkowski
                                              Rheba Rutkowski