UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11832-GAO

---

RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGER C. DOWNING, JR., CLARARISE BRISTOW and the MASSACHUSETTS ASS'N OF MINORITY LAW ENFORCEMENT OFFICERS,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT and KATHLEEN O'TOOLE as she is Commissioner of the Boston Police Department.
    Defendants.

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendants, the City of Boston, the Boston Police Department and Kathleen O'Toole, in the above-entitled action.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
BOSTON POLICE DEPARTMENT and KATHLEEN O'TOOLE

William F. Sinnott
Corporation Counsel

By their attorneys:

/s/ Helen G. Litsas
_____
Helen G. Litsas, Esq.
BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2006, I caused to be served a true and correct copy of *Notice of Appearance* upon the following counsel via electronic filing to:

Nadine Cohen  
Lawyers' Committee for Civil Rights  
Under Law of the Boston Bar Association  
294 Washington Street, Suite 443  
Boston, Massachusetts 02108  
(617) 482-1145

Paul Robertson  
Rheba Rutkowski  
Rachael Splaine Rollins  
BINGHAM McCUTCHEN LLP  
150 Federal Street  
Boston, MA 02110  
(617) 951-8000

Maricia Woodham  
SABEL & SABEL, P.C.  
Hillwood Office Center  
2800 Zelda Road; Ste. 100-5  
Montgomery, AL 36106  
(334) 271-2770

/s/ Helen G. Litsas  
_____  
Helen G. Litsas, Esq.