UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONNIE JONES, ET AL.,      ) | |
|                ) | |
|    Plaintiffs,             ) | |
|                ) | |
|    vs.                   ) | NO. 05-11832-GAO |
|                ) | |
| CITY OF BOSTON, ET AL.,       ) | |
|                ) | |
|    Defendants.         ) | |

**JOINT MOTION TO CONTINUE DATE OF SCHEDULING CONFERENCE**.

NOW COME the Parties to the above-captioned action, and move this Honorable Court to continue the date of the Scheduling Conference now set for July 10, 2006, to the week of August 14, 2006 (but excluding August 14), August 28, 2006, August 29, 2006, or to a date thereafter permitted by the Court's calendar.

As grounds therefore, the Parties state that they have been working cooperatively to prepare the case and advance the litigation, but that circumstances have thus far prevented counsel for the defendants from responding to the Plaintiffs' written discovery requests. The Parties will be better-prepared to assess further scheduling needs once this portion of the written discovery has been completed. In addition, plaintiffs' counsel have scheduling conflicts the week of July 10, 2006.

WHEREFORE, the Parties jointly ask that the date of the Scheduling Conference be set for the week of August 14, 2006 (but excluding August 14), August 28, 2006, August 29, 2006, or a date thereafter permitted by the Court's calendar.

**Defendants, City of Boston,
Boston Police Department
and Kathleen O'Toole**

William F. Sinnott
Corporation Counsel

By their attorneys:

___/s/ Helen G. Litsas_____ _____
James M. Chernetsky, BBO# 638152
Helen G. Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
Margaret M. Buckley, BBO# 561101
Staff Attorney, Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550

**Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers,**

By their attorneys,

_____/s/Rheba Rutkowski_____
Paul Robertson, BBO# 562421
Rheba Rutkowski, BBO# 632799
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
617-951-8000

LITDOCS/641142.1

/s/ Nadine Cohen
_____
Nadine Cohen, BBO# 090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145
Boston, MA 02110
(617) 951-8000

/s/ Maricia Woodham
_____
Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

3