UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RONNIE JONES, ET AL.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | |
| **CITY OF BOSTON, ET AL.,** | ) ) ) | CIVIL ACTION NO. 05-11832-GAO |
| **Defendants.** | ) ) ) ) ) | |

## NOTICE OF APPEARANCE AND NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2, please take notice of the appearance of Louis A. Rodriques, along with the withdrawal of the appearance of Paul Robertson as counsel to the Plaintiffs in the above-captioned matter. Mr. Rodriques, a partner with the law firm of Bingham McCutchen LLP, will substitute for Paul Robertson. Rheba Rutkowski, Rachael Splaine Rollins, Raquel J. Webster of Bingham McCutchen, Nadine Cohen of the Lawyers' Committee for Civil Rights and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs.

Dated: July 26, 2006

Respectfully submitted,

/s/ Raquel Webster
Louis A. Rodriques, BBO# 38179
Paul M. Robertson, BBO# 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO# 641972
Raquel J. Webster, BBO# 658796
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000.