UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL.,<br><br>                  Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, ET AL.,<br><br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 05-11832-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, please withdraw my appearance as counsel for the Plaintiffs in the above-captioned matter. Rheba Rutkowski, Rachael Splaine Rollins, Raquel J. Webster of Bingham McCutchen, Nadine Cohen of the Lawyers' Committee for Civil Rights and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs. Louis A. Rodriques, of Bingham McCutchen, has entered his appearance as counsel for Plaintiffs on this date.

Dated: July 27, 2006                      Respectfully submitted,

/s/ Paul Robertson
Louis A. Rodriques, BBO# 38179
Paul M. Robertson, BBO# 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO# 641972
Raquel J. Webster, BBO# 658796
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000.