UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL.,<br><br>                **Plaintiffs,**<br><br>v.<br><br>CITY OF BOSTON, ET AL.,<br><br>                **Defendants.** | CIVIL ACTION<br>NO. 05-11832-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearance as counsel for the Plaintiffs in the above-captioned matter. I will substitute for Paul Robertson, who is withdrawing his appearance as counsel for Plaintiffs on this date. Rheba Rutkowski, Rachael Splaine Rollins, Raquel J. Webster of Bingham McCutchen, Nadine Cohen of the Lawyers' Committee for Civil Rights and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs.

Dated: July 27, 2006

Respectfully submitted,

/s/ Louis A. Rodriques
Louis A. Rodriques, BBO# 38179
Paul M. Robertson, BBO# 562421
Rheba Rutkowski, BBO# 632799
Rachael Splaine Rollins, BBO# 641972
Raquel J. Webster, BBO# 658796
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000.

LITDOCS/648447.1