UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  05-CV-11832-GAO

_____
RONNIE JONES, RICHARD BECKERS,    )
WALTER R. WASHINGTON, WILLIAM  )
E. BRIDGEFORTH, SHAWN N. HARRIS, )
EUGENE WADE, GEORGE                      )
C. DOWNING, JR., CLARARISE             )
BRISTOW, and the MASSACHUSETTS  )
ASSOCIATION OF MINORITY LAW       )
ENFORCEMENT OFFICERS,                  )
                                                              )
         Plaintiffs                                       )
vs.                                                           )
                                                              )
CITY OF BOSTON, BOSTON POLICE    )
DEPARTMENT, and KATHLEEN          )
O'TOOLE,  as she is Police Commissioner  )
for the Boston Police Department,          )
                                                              )
         Defendants                                     )
_____)

NOTICE OF APPEARANCE

         To the clerk of the above captioned court:

         Kindly enter the appearance of undersigned counsel for the defendants, City of

Boston, Boston Police Department, and Kathleen O'Toole.


                                        Respectfully submitted,
                                        Defendants City of Boston,
                                        Boston Police Department, and
                                        Kathleen O'Toole
                                        By their attorney,


                                        __/s/ Mary Jo Harris_____
                                        Mary Jo Harris, BBO # 561484
                                        Morgan, Brown & Joy, LLP
                                        200 State Street
                                        Boston, MA 02109-2605
                                        (617) 523-6666

Dated:  September 5, 2006

<u>CERTIFICATE OF SERVICE</u>

      I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on September 5, 2006, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.


DATED:  September 5, 2006          _/s/  Mary Jo Harris_____