UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BOSTON, ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 05-11832-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert Baker of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, as counsel for Plaintiffs in the above-captioned matter. This notice is not intended to affect the appearances of any other attorneys or firms who have appeared in this case (including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned matter).

Dated:    September 8, 2006

Respectfully submitted,

/s/ Robert Baker
Robert Baker (BBO # 654023)
BINGHAM MCCUTCHEN, LLP
150 Federal Street
Boston, Massachusetts 02110-1726
617-951-8000

## CERTIFICATE OF SERVICE

I, Robert Baker, hereby certify that a true copy of this document was electronically served upon counsel of record on September 8, 2006.

/s/ Robert Baker