UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONNIE JONES, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   NO. 05-11832-GAO<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW JAMES M CHERNETSKY AS COUNSEL OF RECORD FOR THE DEFENDANTS**

Now come the Defendants and respectfully request that this Honorable Court withdraw the appearance of James M. Chernetsky as counsel of record for all of the Defendants, City of Boston, Boston Police Department and Kathleen O'Toole, in the above-captioned matter. James M. Chernetsky is no longer employed by the City of Boston.

                        Respectfully submitted,
                        DEFENDANTS, CITY OF BOSTON, CITY OF
                        BOSTON POLICE DEPARTMENT, KATHLEEN
                        O'TOOLE,
                        William F. Sinnott
                        Corporation Counsel
                        By their attorney:

                        /s/ Helen G. Litsas
                        _____
                        Helen G. Litsas
                        Assistant Corporation Counsel
                        BBO# 644848
                        City of Boston Law Department
                        Room 615, City Hall
                        Boston, MA 02201
                        (617) 635-4023

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) on November 14, 2006.

```
        11/14/06                        /s/ Helen G. Litsas
Date: _____                 _____
                                        Helen G. Litsas, Esq.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                   )
RONNIE JONES, et al.,              )
      Plaintiffs,                  )
                                   )
v.                                 )   NO. 05-11832-GAO
                                   )
CITY OF BOSTON, et al.,            )
      Defendants.                  )
                                   )
```

**NOTICE OF WITHDRAWAL**

     Kindly withdraw my appearance as counsel of record for all of the Defendants in the above-captioned matter.

                                                Respectfully submitted,
                                                DEFENDANTS CITY OF BOSTON,
                                                BOSTON POLICE DEPARTMENT and
                                                KATHLEEN O'TOOLE
                                                By their attorneys:

                                                William F. Sinnott
                                                Corporation Counsel

                                                /s/ James M. Chernetsky
                                                _____

**CERTIFICATE OF SERVICE**

                                    James M. Chernetsky BBO# 638152

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record by ECF filing.**

Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4048

**11/14/06  /s/ Helen G. Litsas**