UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. 05-11832-GAO |
| CITY OF BOSTON, ET AL., | ) | |
| Defendants. | ) | |

**JOINT MOTION TO TAKE STATUS CONFERENCE OFF CALENDAR**

The parties to the above-captioned matter hereby jointly request that the Local Rule 16.1 Scheduling Conference currently set for Tuesday, December 6, 2006 at 2:00 P.M. be taken off the Court's calendar until such time as the parties have determined that the court's intervention is required to resolve discovery disputes. As grounds therefor, the parties state as follows:

1. Counsel for plaintiffs have unavoidable scheduling conflicts during the week of December 4, 2006.

2. In accordance with the Joint Statement With A Proposed Discovery Schedule submitted by the parties on October 5, 2006, Defendants have begun producing documents for the first stage of discovery. In addition, plaintiffs have deposed former Boston Police Commissioner Kathleen O'Toole.

3. The parties have been working cooperatively to prepare the case and resolve discovery issues without the need for filing a motion to compel.

4. Under the circumstances, the parties believe that there is presently no need for the Court's intervention and that a status conference would be more useful to the parties and the Court if and when the parties are unable to resolve completely any remaining discovery issues.

WHEREFORE, the parties jointly ask that this Court cancel the Local Rule 16.1 Scheduling Conference. In the alternative, the parties request this Court to continue the Scheduling Conference to a future date that is convenient for the Court.

Respectfully submitted,

| | |
|---|---|
|     /s/ Nadine Cohen |     /s/ Raquel J. Webster |
| Nadine Cohen, BBO # 090040 | Louis A. Rodriques, BBO # 424720 |
| Lawyers' Committee for Civil Rights | Rheba Rutkowski, BBO # 632799 |
|  Under Law of the Boston Bar Association | Robert B. Baker, BBO #654023 |
| 294 Washington Street, Suite 443 | Raquel J. Webster,  BBO # 658796 |
| Boston, Massachusetts 02108 | BINGHAM McCUTCHEN LLP |
| (617) 482-1145 | 150 Federal Street |
| (617) 951-8000 | Boston, MA 02110 |

    /s/ Maricia Woodham
Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

**Defendants, City of Boston, Boston Police Department, and Kathleen O'Toole**

William F. Sinnott
Corporation Counsel

By their attorneys,
     /s/ Mary Jo Harris
Mary Jo Harris, BBO # 561484
Speical Assistant Corporation Counsel
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666


Dated: November 29, 2006

3