UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, RACHELLE COUCH, KERI HOGAN AND THE MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Commissioner of the Boston Police Department, <br><br> Defendants. | C.A. No. 05-11832-GAO |

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

The Defendant, City of Boston (hereafter, "Defendant" or "City"), seeks a two-fold protective order. First, the City seeks an order prohibiting the depositions of eight non-party police officers who have received positive hair drug test results, followed by negative safety net results (hereafter "safety net negative officers") because (1) these non-party officers' deposition testimony bears no relevance on any material issue in this litigation's first phase of discovery; (2) depositions of these nonparty officers on such personal, irrelevant matters as their possible use of illicit drugs constitutes an unnecessary intrusion of these non-parties' privacy; and (3)

depositions of these nonparty officers amounts to harassment, is burdensome to the City, and contravenes the very purposes for this litigation's streamlined two-phase discovery.

Additionally, the City seeks protection from the proposed depositions of 15 former and current employees, including the incumbent Police Commissioner (who has only held the position since December 2006), because these depositions duplicate other already completed discovery, is cumulative of other evidence, and since the information in the possession of these individuals does not pertain to the main issue to be addressed in the first phase of this litigation – namely, whether the hair drug test is accurate and reliable – the burdensomeness of the proposed discovery greatly outweighs its probative value.

Further support for this motion is provided in the accompanying memorandum of law.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON,
BOSTON POLICE DEPARTMENT, AND
KATHLEEN O'TOOLE

By their attorneys,

 /s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

 /s/ Helen G. Litsas_____
Helen G. Litsas, BBO# 644848
City of Boston Law Department
City Hall, Room 615
Boston, MA 02210
(617) 635-4023

Dated: January 29, 2007

### CERTIFICATE OF SERVICE

I, Mary Jo Harris, hereby certify that this document was forwarded to counsel for the Plaintiffs on this date by hand.

    /s/ Mary Jo Harris_____
    Mary Jo Harris

### 7.1 Certification

Undersigned counsel certifies that pursuant to LR, D. Mass. 7.1(a)(2), she contacted Plaintiffs' counsel and we were unable to resolve or narrow the issue prior to filing the above motion.

| 1/29/07 | /s/ Mary Jo Harris |
|---|---|
| Date: _____ | _____ |
| | Mary Jo Harris |