**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-11832**

---

RONNIE JONES, et al,
    Plaintiff,

v.

CITY OF BOSTON, BOSTON POLICE
DEPARTMENT, and KATHLEEN O'TOOLE,
    Defendants

---

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendants City of Boston, Boston Police Department, and Kathleen O'Toole in the above-captioned matter.

    Respectfully submitted,
    DEFENDANTS,
    By its attorney:

    William F. Sinnott
    Corporation Counsel

By:    /s/ Margaret M. Buckley / aea
    Margaret M. Buckley, BBO# 561101
    Staff Attorney
    Office of the Legal Advisor
    Boston Police Department
    One Schroeder Plaza
    Boston, MA  02120
    (617) 343-4550