UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, ET AL.,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05-11832-GAO |

### NOTICE OF WITHDRAWAL OF RACHAEL SPLAINE ROLLINS AS COUNSEL FOR PLAINTIFFS

Please take notice that Rachael Splaine Rollins is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned case. Louis A. Rodriques, Rheba Rutkowski, Robert B. Baker, Raquel J. Webster of Bingham McCutchen, Nadine Cohen of the Lawyers' Committee for Civil Rights and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs.

Dated: February 22, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Raquel J. Webster
　　　　　　　　　　　　　　　　　　　　Louis A. Rodriques, BBO# 38179
　　　　　　　　　　　　　　　　　　　　Rheba Rutkowski, BBO# 632799
　　　　　　　　　　　　　　　　　　　　Robert B. Baker, BBO# 654023
　　　　　　　　　　　　　　　　　　　　Raquel J. Webster, BBO# 658796
　　　　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP
　　　　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 951-8000

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on February 22, 2007.

/s/ Raquel J. Webster
Raquel J. Webster