UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11832-GAO

|   |   |
|---|---|
| RONNIE JONES, et al. | \| |
| Plaintiffs, | \| |
|   | \| |
| v. | \| |
|   | \| |
| CITY OF BOSTON, et al. | \| |
| Defendants. | \| |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly withdraw my appearance as counsel of record for the Defendants in the above-captioned matter.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| **I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ECF filing.** | DEFENDANTS, CITY OF BOSTON, et. al<br>By its attorneys: |
|   | William F. Sinnott<br>Corporation Counsel |
| 3/18/07    /s/ Helen G. Litsas | |
| **Date      Helen G. Litsas** | /s/ Helen G. Litsas<br>_____<br>Helen G. Litsas, BBO#  644848<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4023 |

L-0112/hglnow.doc