UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11832-GAO

|  |  |
|---|---|
| RONNIE JONES, et al. | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| CITY OF BOSTON, et al. | |
| Defendants. | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly enter my appearance as counsel of record for the Defendants in the above-captioned matter.

|  |  |
|---|---|
| | Respectfully submitted, |
| | DEFENDANTS, CITY OF BOSTON, et. al |
| | By its attorneys: |
| **CERTIFICATE OF SERVICE** | |
| | William F. Sinnott |
| **I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ECF filing.** | Corporation Counsel |
| | /s/ Nicole Murati Ferrer |
| 3/22/07    /s/ Nicole Murati Ferrer | _____ |
| **Date        Nicole Murati Ferrer** | Nicole Murati Ferrer |
| | Assistant Corporation Counsel |
| | City of Boston Law Department |
| | Room 615, City Hall |
| | Boston, MA 02201 |
| | (617) 635-4045 |
| | BBO# 661474 |

L-0112/hglnow.doc