**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **RONNIE JONES, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-11832-GAO |
| **CITY OF BOSTON, ET AL.,** ) | |
| ) | **HEARING REQUESTED** |
| **Defendants.** ) | |
| ) | |

**PLAINTIFFS' MOTION TO COMPEL**
**PSYCHEMEDICS CORPORATION TO PRODUCE ITS STANDARD OPERATING**
**PROCEDURES FOR TESTING HAIR SAMPLES FOR DRUGS OF ABUSE**

Plaintiffs Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers, (together referred to herein as the "plaintiffs") hereby move, pursuant to Rules 26, 37 and 45 of the Federal Rules of Civil Procedure, for an Order compelling Psychemedics Corporation ("Psychemedics") to produce its Standard Operating Procedures ("SOP") requested through document requests 5-10 of plaintiffs' subpoena to Psychemedics. The grounds for this motion are set forth in the accompanying memorandum of law, and a proposed Order is attached hereto as Exhibit A.

Further, because Psychemedics has no good faith basis for continuing to withhold its requested SOP following extensive correspondence from plaintiffs' counsel and a meet-and-confer to discuss the basis of Psychemedics's blanket, conclusory objections, Psychemedics should be ordered to pay the plaintiffs' costs, including attorneys' fees, incurred in bringing this Motion, in an amount to be determined upon submission of an affidavit setting forth such costs.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), plaintiffs respectfully request a hearing on this motion.

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

I, Robert B. Baker, counsel for the plaintiffs, hereby certify pursuant to Local Rule 7.1(A)(2) that I conferred with J. Allen Holland, Jr., counsel for Psychemedics, including on April 11, 2007 and by letters dated February 28 and April 13, 2007, prior to filing this motion in an attempt to resolve the issues in dispute, and that we were unable fully and completely to resolve our disagreement.

Respectfully submitted,

**Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, and the Massachusetts Association of Minority Law Enforcement Officers,**

By their attorneys,

/s/ Robert B. Baker
Louis A. Rodriques, BBO # 424720
Rheba Rutkowski, BBO # 632799
Raquel J. Webster, BBO # 658796
Robert B. Baker, BBO # 654023
Eric A. Heining, BBO # 664900
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Nadine Cohen, BBO # 090040
Lawyers' Committee for Civil Rights
 Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

3

                                    Maricia Woodham, BBO # 600886
                                    SABEL & SABEL, P.C.
                                    Hillwood Office Center
                                    2800 Zelda Road; Ste. 100-5
                                    Montgomery, AL 36106

Dated May 15, 2007                (334) 271-2770

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on May 15, 2007, a true copy of the above document was served upon the attorney of record for each other party by first class mail and electronically via the ECF/CM. In addition, I hereby certify that, on May 15, 2007, a true copy of the above document was served upon counsel for Psychemedics, J. Allen Holland, Jr., by hand delivery.

                                                    /s/ Robert B. Baker

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL.,<br><br>                                           **Plaintiffs,**<br><br>     v.<br><br>CITY OF BOSTON, ET AL.,<br><br>                                             **Defendants.** | CIVIL ACTION<br>NO. 05-11832-GAO |

**[PROPOSED] ORDER ON THE PLAINTIFFS' MOTION TO COMPEL PSYCHEMEDICS CORPORATION TO PRODUCE ITS STANDARD OPERATING PROCEDURES FOR TESTING HAIR SAMPLES FOR DRUGS OF ABUSE**

Upon plaintiffs' Motion to Compel Psychemedics Corporation ("Psychemedics") to produce its Standard Operating Procedures requested through document requests 5-10 of plaintiffs' subpoena to Psychemedics, and all other papers and proceedings herein:

IT IS HEREBY ORDERED that:

1. The plaintiffs' motion is granted; and

2. Psychemedics shall produce all of the documents responsive to requests 5-10 of the plaintiffs' November 3, 2006 subpoena to plaintiffs and defendants; and

3. The parties shall treat the documents produced by Psychemedics pursuant to this Order as confidential information under the terms of the Order Governing The Production And Exchange of Confidential Information;

4. Psychemedics shall pay the plaintiffs' costs, including attorneys' fees, incurred in bringing their motion, in an amount to be determined upon submission of an appropriate affidavit setting forth such costs within ten days of the date of this Order.

ACTIVE/72009710.1

1

2

SO ORDERED.

_____

The Honorable George A. O'Toole

United States District Judge

Dated: _____, 2007