UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| RONNIE JONES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-11832-GAO |
| ) | |
| CITY OF BOSTON, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>PSYCHEMEDICS' ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND
TO PLAINTIFFS' MOTION TO COMPEL PSYCHEMEDICS CORPORATION TO
PRODUCE ITS STANDARD OPERATING PROCEDURES FOR TESTING HAIR
SAMPLES FOR DRUGS OF ABUSE</u>**

Now comes Psychemedics and moves this Honorable Court to extend the time for

Opposition to Plaintiffs' Motion to Compel Psychemedics Corporation to Produce Its Standard

Operating Procedures For Testing Hair Samples For Drugs of Abuse, for one (1) week until June

5, 2007 due to scheduling conflicts of Psychemedics Corporation and its counsel.

Psychemedics further states that the request is fair, reasonable and necessary for the

proper administration of judgment.

Respectfully submitted,

PSYCHEMEDICS CORPORATION
By its attorneys,

/s/

_____
J. Allen Holland, Jr., BBO #546892
Anne Hoffman, BBO #236880
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

**ASSENTED TO:**

Ronnie Jones, Richard Beckers, Walter
Washington, William Earl Bridgeforth,
Eugene Wade, George C. Downing, Jr.,
Clararise Bristow, and the Massachusetts
Association of Minority Law Enforcement
Officers,
By their attorney

/s/

_____

Louis A. Rodriques, BBO #424720
Rheba Rutkowski, BBO #632799
Raquel J. Webster, BBO #658796
Robert B. Baker, BBO #654023
Eric A. Heining, BBO #664900
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Nadine Cohen, BBO #090040
Lawyers' Committee for Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA  02108
(617) 482-1145

Marcia Woodham, BBO #600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, AL  36106
(334) 271-2770


Dated:  May 29, 2007

259608

Defendants City of Boston, Boston Police
Department and Kathleen O'Toole

By their attorneys,


/s/

_____

Mary Jo. Harris, BBO #561484
Special Assistant Corporation Counsel
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA  02109-2605
(617) 523-6666

Helen Litsas, BBO #644848
City of Boston Law Department
Room 615 City Hall
Boston, MA  02110
(617) 635-4023

Margaret M. Buckley, BBO # 561101
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550