UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WAGE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Commissioner of the Boston Police Department,<br><br>Defendants. | C.A. No. 05-11832-GAO |

DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL

Now come the Defendants to the above captioned action and respectfully request the Court's permission for an extension of time within which to respond to Plaintiffs' motion to compel. Defendants request that the Court allow their response to be filed on or before **July 2, 2007.** Plaintiffs have assented to this request.

Respectfully submitted,

Defendants City of Boston,
Boston Police Department, and
Kathleen O'Toole
By their attorneys,

WILLIAM F. SINNOTT
Corporation Counsel
By:

__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Special Assistant Corporation Counsel
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated:  June 21, 2007


CERTIFICATE OF SERVICE


    I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on June 21, 2007, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.


DATED:  June 21, 2007                                                        /s/  Mary Jo Harris_____