UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BOSTON, ET AL.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 05-11832-GAO |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE A SHORT REPLY MEMORANDUM IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs respectfully request the Court's permission to file a short reply memorandum in response to the Defendants' Opposition to Plaintiffs' Motion to Compel And Cross Motion For a Protective Order (Document Number 51). Plaintiffs respectfully submit that a short reply memorandum will assist the Court as it gives full consideration to Plaintiffs' Motion to Compel Defendants to Produce Positive Hair Test Results And E-Mails Responsive to Plaintiffs' Document Requests (Document Number 46). Plaintiffs request that the Court allow their reply to be filed on or before **July 18, 2007**. Plaintiffs request an allotment of 7 pages for their reply. Defendants have assented to this request.

        Respectfully submitted,

        **Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, and the Massachusetts Association of Minority Law Enforcement Officers,**

        By their attorneys,

        /s/ Robert B. Baker
        Louis A. Rodriques, BBO # 424720
        Rheba Rutkowski, BBO # 632799
        Raquel J. Webster, BBO # 658796
        Robert B. Baker, BBO # 654023
        Eric A. Heining, BBO # 664900
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110
        (617) 951-8000

        Nadine Cohen, BBO # 090040
        Lawyers' Committee for Civil Rights
         Under Law of the Boston Bar Association
        294 Washington Street, Suite 443
        Boston, Massachusetts 02108
        (617) 482-1145

        Maricia Woodham, BBO # 600886
        SABEL & SABEL, P.C.
        Hillwood Office Center
        2800 Zelda Road; Ste. 100-5
        Montgomery, AL 36106

Dated July 9, 2007        (334) 271-2770

## CERTIFICATE OF SERVICE

    I hereby certify that, on July 9, 2007, a true copy of the above document was served upon the attorney of record for each other party electronically via the ECF/CM.

        /s/ Robert B. Baker