UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL.,<br>    Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, ET AL.,<br>    Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO. 05-11832-GAO<br>)<br>)<br>)<br>)<br>) |

PSYCHEMEDICS' MOTION TO EXTEND TIME FOR FILING RESPONSE TO
PLAINTIFFS' MOTION TO STRIKE THE AFFIDAVIT OF WILLIAM THISTLE

Now comes Psychemedics Corporation and moves this Honorable Court to extend the time for filing an opposition to Plaintiffs' Motion to Strike the Affidavit of William Thistle until one week after allowance of this Motion on the grounds that Psychemedics' counsel did not receive notice of the filing of the Motion until he was informed of it today on the telephone by Defendants' counsel. The undersigned states that Robert Baker, Plaintiffs' attorney, forwarded to his office on July 12, 2007 a copy of the Court's email reflecting that notice of the filing of the Memorandum in support of the motion to strike had been sent to the undersigned and his secretary on June 15, 2007. Both he and his secretary have checked their records and neither has any evidence of receipt of such notice, and neither has any recollection of having received it or notice of the filing of the motion to strike, although they have both regularly received other notices in this case.

Counsel for Psychemedics further states that this request is fair, reasonable and necessary for the proper administration of justice.

PSYCHEMEDICS CORPORATION
By their attorneys,

/s/ J. Allen Holland, Jr.

J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

~WTF0D8A63EA

CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

I, J. Allen Holland, Jr., counsel for Psychemedics Corporation, hereby certify pursuant to Local Rule 7.1(A)(2) that I spoke with Robert B. Baker, counsel for the Plaintiffs, prior to filing this Motion in an attempt to resolve the issues in dispute, and that we were unable fully and completely to resolve our disagreement.

Respectfully submitted,

PSYCHEMEDICS CORPORATION
By their attorneys,

/s/ J. Allen Holland, Jr.

J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: