UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 05-11832-GAO |
| ) | |
| CITY OF BOSTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Eric A. Heining of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, as counsel for Plaintiffs in the above-captioned matter. This notice is not intended to affect the appearances of any other attorneys or firms who have appeared in this case (including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned matter).

Dated:   July 18, 2007

                                                                                  Respectfully submitted,

                                                                            /s/ Eric A. Heining
                                                                           Eric A. Heining, BBO # 664900
                                                                           BINGHAM MCCUTCHEN, LLP
                                                                           150 Federal Street
                                                                           Boston, Massachusetts  02110-1726
                                                                           617.951.8000

## CERTIFICATE OF SERVICE

I, Eric A. Heining, hereby certify that a true copy of this document was electronically served upon counsel of record on July 18, 2007.

                                                                            /s/ Eric A. Heining

A/72097815.1/0999997-0000928537