UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-11832-GAO

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br>    Plaintiffs <br> vs. <br><br> CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Police Commissioner for the Boston Police Department, <br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CERTIFICATION OF COUNSEL
PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, hereby that I have conferred with the Plaintiffs' counsel (Robert Baker and Eric Heining) with regard to the requested depositions of Attorney Alicia McDonnell and Michael O'Sullivan, and that we are unable to come to agreement on this matter.

                                                                    Respectfully submitted,
                                                             Defendants City of Boston,
                                                             Boston Police Department, and
                                                             Kathleen O'Toole
                                                            By their attorney,

                                                            __/s/ Mary Jo Harris_____
                                                            Mary Jo Harris, BBO # 561484
                                                           Morgan, Brown & Joy, LLP
                                                           200 State Street

                                                Boston, MA 02109-2605
                                                (617) 523-6666

Dated: August 17, 2007

## CERTIFICATE OF SERVICE

      I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on September 5, 2006, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.

DATED: September 5, 2006       /s/ Mary Jo Harris_____