UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WAGE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Commissioner of the Boston Police Department,<br><br>Defendants. | C.A. No. 05-11832-GAO |

## **DEFENDANTS' WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

The Defendants withdraw their Motion for a Protective Order that the depositions of Alicia McDonnell and Michael O'Sullivan not be had (Docket Nos. 63 - 64 ), without prejudice for its renewal, because the parties have agreed to a compromise, on the condition that it may be renewed should the compromise be unsuccessful.

Plaintiffs have no objection to the withdrawal, with the condition so stated.

                                              Respectfully submitted,
Defendants City of Boston,
Boston Police Department, and
Kathleen O'Toole
By their attorney,


__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated:  August 28, 2007

## **CERTIFICATE OF SERVICE**

      I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on August 28, 2007, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.

                                                                 /s/  Mary Jo Harris_____

DATED:  August 28, 2007