UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RONNIE JONES, ET AL.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **CITY OF BOSTON, ET AL.,** | ) ) ) | **CIVIL ACTION NO.  05-11832-GAO** |
| Defendants. | ) ) ) ) ) | |

**NOTICE OF WITHDRAWAL OF ROBERT B. BAKER
AS COUNSEL FOR PLAINTIFFS**

Please take notice that Robert B. Baker is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned case. Louis A. Rodriques, Rheba Rutkowski, Raquel J. Webster, and Eric A. Heining of Bingham McCutchen, Nadine Cohen of the Lawyers' Committee for Civil Rights and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs.

Dated:  September 5, 2007

Respectfully submitted,

/s/ Robert B. Baker
Louis A. Rodriques, BBO# 38179
Rheba Rutkowski, BBO# 632799
Robert B. Baker, BBO#  654023
Eric A. Heining, BBO # 664900
Raquel J. Webster, BBO# 658796
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on September 5, 2007.

                       /s/ Robert B. Baker
                       Robert B. Baker