UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) | NO. 05-11832-GAO |
| CITY OF BOSTON, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED-TO MOTION TO EXTEND OCTOBER 10, 2007 HEARING DATE

**WHEREAS**, this Court originally set a date of October 10, 2007 for hearing on the following motions: Plaintiffs' Motion to Compel Psychemedics Corporation to Produce Documents; Plaintiffs' Motion to Strike Memorandum in Opposition to Motion, Including All References to the Content of the Affidavit of William Thistle Attached as Exhibit C; Plaintiffs' Motion to Compel Production of Non-Privileged Deposition Testimony and a Rule 26 Privilege Log; Plaintiffs' Motion to Compel Defendants to Produce Positive Hair Test Results And E-Mails Responsive to Plaintiffs' Document Requests; and Plaintiffs' Motion to Compel Psychemedics Corporation to Produce its Standard Operating Procedures for Testing Hair Samples for Drugs of Abuse;

**WHEREAS**, counsel for plaintiffs have scheduling conflicts and are not available for hearing until October 24, 2007;

**WHEREAS**, all parties and third party Psychemedics Corporation agree that the hearing date should be moved to October 24, 2007;

**THEREFORE**, all counsel have conferred and request a new hearing date set for October 24, 2007.

2

Respectfully submitted,

**Plaintiffs, Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers,**

By their attorneys,

| /s/ Nadine Cohen | /s/ Eric A. Heining |
|---|---|
| Nadine Cohen, BBO # 090040 | Louis A. Rodriques, BBO # 424720 |
| Lawyers' Committee for Civil Rights | Rheba Rutkowski, BBO # 632799 |
|   Under Law of the Boston Bar Association | Raquel J. Webster, BBO # 658796 |
| 294 Washington Street, Suite 443 | Eric A. Heining, BBO # 664900 |
| Boston, Massachusetts 02108 | BINGHAM McCUTCHEN LLP |
| (617) 482-1145 | 150 Federal Street |
| (617) 951-8000 | Boston, MA 02110 |

   /s/ Maricia Woodham
Maricia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated:  September 21, 2007

**CERTIFICATE OF SERVICE**

   I, Eric A. Heining, hereby certify that a true copy of this document was electronically served upon counsel of record on September 21, 2007.

   /s/ Eric A. Heining   

2