UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RONNIE JONES, ET AL.,**<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**CITY OF BOSTON, ET AL.,**<br>　　　　　　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 05-11832-GAO<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND NOTICE OF WITHDRAWAL**

　　　　Pursuant to Local Rule 83.5.2, please take notice of the appearance of Laura Maslow-Armand, along with the withdrawal of the appearance of Nadine Cohen, as counsel to the Plaintiffs in the above-captioned matter. Attorney Maslow-Armand, at the Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association, will substitute for Nadine Cohen. Rheba Rutkowski, Raquel J. Webster, Louis A. Rodriques, and Eric A. Heining of Bingham McCutchen, and Maricia Woodham of Sabel & Sabel, P.C. continue in their capacity as counsel for Plaintiffs.

Dated: October 5, 2007

Respectfully submitted,

　s/ Laura Maslow-Armand_____
Laura Maslow-Armand BBO# 563003
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

- 2 -

CERTIFICATE OF SERVICE

    I, Laura Maslow-Armand, hereby certify that a true copy of the above document was served upon the attorney(s) of record on October 5, 2007.

                                                  /s/ Laura Maslow-Armand