UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **RONNIE JONES, ET AL.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | CIVIL ACTION |
| **CITY OF BOSTON, ET AL.,** | ) ) | NO. 05-11832-GAO |
| **Defendants.** | ) ) ) ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please note that Nadine Cohen, co-counsel for the Plaintiffs, is withdrawing her appearance in this matter. Co-counsel whose appearances are on file remain as counsel for the Plaintiffs.

Respectfully submitted,

\_\_/s/ Nadine Cohen_____
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Dated: September 17, 2007

CERTIFICATE OF SERVICE

I, Nadine Cohen, hereby certify that on October 11, 2007, I caused to be served a true and correct copy of *Notice of Withdrawal* upon all counsel of record via electronic filing.

    /s/ Nadine Cohen