UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-11832-GAO

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br>  Plaintiffs <br> vs. <br><br> CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Police Commissioner for the Boston Police Department, <br><br>  Defendants | **HEARING REQUESTED** |

## DEFENDANT CITY OF BOSTON'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PSYCHEMEDICS CORPORATION

Pursuant to Federal Rules of Civil Procedure, Rule 14(a), the City hereby seeks leave of court to file a third-party complaint against Psychemedics Corporation.

Further support for this Motion is provided in the accompanying Memorandum of Law.

                              Respectfully submitted,

                              Defendants City of Boston,
                              Boston Police Department, and
                              Kathleen O'Toole
                              By their attorney,


                              __/s/ Mary Jo Harris_____
                              Mary Jo Harris, BBO # 561484
                              Morgan, Brown & Joy, LLP
                              200 State Street

                                              Boston, MA 02109-2605
                                              (617) 523-6666

## CERTIFICATE OF SERVICE

      I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on October 12, 2007, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.

DATED:  October 12, 2007        /s/  Mary Jo Harris_____