UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-11832-GAO

| | |
|---|---|
| RONNIE JONES, RICHARD BECKERS, WALTER R. WASHINGTON, WILLIAM E. BRIDGEFORTH, SHAWN N. HARRIS, EUGENE WADE, GEORGE C. DOWNING, JR., CLARARISE BRISTOW, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs | ) |
| vs. | ) ) |
| CITY OF BOSTON, BOSTON POLICE DEPARTMENT, and KATHLEEN O'TOOLE, as she is Police Commissioner for the Boston Police Department, | ) ) ) ) ) |
| Defendants | ) |

CERTIFICATION OF COUNSEL
PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, hereby that I have conferred with the Plaintiffs' counsel (Raquel Webster) and counsel for Psychemedics (J. Allen Holland) with regard to the City's Motion for Leave to File Third-Party Complaint, and that we are unable to narrow the issues presented in this motion.

Respectfully submitted,
Defendants City of Boston,
Boston Police Department, and
Kathleen O'Toole
By their attorney,


__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street

Boston, MA 02109-2605
(617) 523-6666


CERTIFICATE OF SERVICE


I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on October 12, 2007, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.


DATED:  October 12, 2007        _/s/  Mary Jo Harris_____