UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 05-11832-GAO |
| ) | |
| CITY OF BOSTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Nikki J. Fisher of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, as counsel for Plaintiffs in the above-captioned matter. This notice is not intended to affect the appearances of any other attorneys or firms who have appeared in this case (including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned matter).

Dated:   October 17, 2007

                                                                                   Respectfully submitted,

                                                                                      /s/ Nikki J. Fisher      _____
                                                                                     Nikki J. Fisher, BBO # 660268
                                                                                     BINGHAM MCCUTCHEN, LLP
                                                                                     150 Federal Street
                                                                                      Boston, Massachusetts  02110-1726
                                                                                     617.951.8000

## CERTIFICATE OF SERVICE

I, Nikki J. Fisher, hereby certify that a true copy of this document was electronically served upon counsel of record on October 17, 2007.

                                                                                        /s/ Nikki J. Fisher      _____