UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11832-GAO

RONNIE JONES, et al.,
Plaintiffs

v.

CITY OF BOSTON, et al.,
Defendants.

ORDER
October 25, 2007

O'TOOLE, D.J.

The Court requests that the parties submit the following documents for review to aid the resolution of the pending discovery motions:

1. A representative version of Psychemedics' Standard Operating Procedures for <u>in camera</u> review.

2. The two spreadsheets produced by the defendants, dated January 2006 and January 10, 2007 respectively, summarizing information related to those officers who tested positive for drugs under the hair drug test.

The requested information should be submitted to the Court no later than close of business, Friday, November 2, 2007.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge