UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONNIE JONES, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-11832-GAO |
| | ) | |
| CITY OF BOSTON, ET AL., | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Attorney Peter A. Biagetti of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for non-party Psychemedics Corporation ("Psychemedics") in the above-referenced action. Attached as Exhibit A to this Notice is a Withdrawal of Appearance for Psychemedics' former counsel, Lynch, Brewer, Hoffman & Fink, LLP.

Respectfully submitted,

/s/ Peter A. Biagetti
Peter A. Biagetti, Esq., BBO # 042310
Meredith M. Leary, Esq., BBO # 654211
Mintz, Levin, Cohn, Ferris, Glovsky
   and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

      I, Meredith M. Leary, hereby certify that a copy of the foregoing Notice of Appearance was served through this Court's CM/ECF system, on counsel of record in the above-captioned action.

Dated: February 14, 2008

                                          /s/ Meredith M. Leary
                                          Meredith M. Leary

4258085v.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONNIE JONES, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 05-11832-GAO |
| v. | ) | |
| | ) | |
| CITY OF BOSTON, ET AL., | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF APPEARANCE ON BEHALF OF NON-PARTY PSYCHEMEDICS CORPORATION

TO THE CLERK OF THE ABOVE NAMED COURT

Please withdraw the appearance of J. Allen Holland, Jr. and Anne Hoffman as attorneys for non-party Psychemedics Corporation in the above-referenced matter.

PSYCHEMEDICS CORPORATION

By their attorneys,

/s/ J. Allen Holland
J. Allen Holland, Jr., BBO #546892
Anne Hoffman, BBO #236880
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: February 13, 2008

272191_1