UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, ET AL., <br><br> Defendants. | CIVIL ACTION <br> NO. 05-11832-GAO |

## PLAINTIFFS' MOTION TO COMPEL PSYCHEMEDICS CORPORATION'S COMPLIANCE WITH THIS COURT'S DECEMBER 14, 2007 ORDER

On December 14, 2007, this Court ordered third-party Psychemedics Corporation ("Psychemedics") to produce, among other things, certain portions of its Standard Operating Procedures ("SOPs") pursuant to an existing Confidentiality Order entered by this Court. More than two months after this Order was entered, Psychemedics has refused to produce the SOPs. While Psychemedics has produced certain documents, Psychemedics has not fully complied with all aspects of this Court's December 14, 2007 Order.

Accordingly, Plaintiffs, Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers, (collectively, the "Plaintiffs") hereby respectfully move to compel Psychemedics to comply with this Court's December 14, 2007 Order. As grounds for this motion, Plaintiffs incorporate their Memorandum in Support of Plaintiffs' Motion to Compel Psychemedics Corporation's Compliance With This Court's December 14, 2007 Order and the Affidavit of William F. Benson, which are filed herewith.

Further, because Psychemedics has no good faith basis for continuing to withhold those portions of its SOPs that the Court ordered to be produced, Psychemedics should be ordered to

A/72440991.1

pay the Plaintiffs' costs, including attorneys' fees, incurred in bringing this Motion, in an amount to be determined upon submission of an affidavit setting forth such costs.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and Order Psychemedics Corporation to:

1. Comply with this Court's December 14, 2007 Order and produce to Plaintiffs within two business days of this Order those portions of the Standard Operating Procedures ("SOPs") identified in the December 14, 2007 Order pursuant to the existing Order Governing the Production and Exchange of Confidential Information (the "Confidentiality Order"), without any changes or amendments to the Confidentiality Order;

2. Fully comply with this Court's December 14, 2007 Order by no later than March 18, 2008; and

3. Pay the Plaintiffs' costs, including attorneys' fees, incurred in bringing this Motion, in an amount to be determined upon submission of an affidavit by Plaintiffs' counsel setting forth such costs.

Respectfully submitted,

**Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, and the Massachusetts Association of Minority Law Enforcement Officers,**

By their attorneys,

<u>/s/ William F. Benson</u>
Louis A. Rodriques, BBO # 424720
Rheba Rutkowski, BBO # 632799
William F. Benson, BBO # 646808
Raquel J. Webster, BBO # 658796
Eric A. Heining, BBO # 664900
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Laura Maslow-Armand, BBO # 563003
Lawyers' Committee for Civil Rights
 Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145


Marcia Woodham, BBO # 600886
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Ste. 100-5
Montgomery, AL 36106
(334) 271-2770

Dated:  February 22, 2008

## Local Rule 7.1(A)(2) Certification

Undersigned counsel for plaintiffs certifies that he conferred with Meredith M. Leary, Esq., and Peter A. Biagetti, Esq., counsel for Psychemedics Corporation, and attempted in good faith to resolve or narrow the issues presented in this motion.

        /s/ William F. Benson
        William F. Benson

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 22, 2008.

        /s/ William F. Benson
        William F. Benson