## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RONNIE JONES, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 05-11832-GAO** |
| **CITY OF BOSTON, et al.,** | ) | |
| **Defendants.** | ) | |

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2, please take Notice that Maricia Woodham of Sabel & Sabel, P.C., withdraws her appearance as counsel to the Plaintiffs in the above captioned matter. Rheba Rutkowski, Raquel J. Webster, Eric A. Heining, Louis A. Rodriques and Nikki J. Fisher of Bingham McCutchen, and Laura Maslow-Armand of the Lawyers' Committee For Civil Rights Under Law of the Boston Bar Association will continue in their capacity as counsel for Plaintiffs.

Respectfully submitted this the 4th day of March, 2008.


/s/ Maricia Woodham
Maricia Woodham (BBO#600886)


OF COUNSEL:

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Telephone: (334) 271-2770
Facsimile: (334) 277-2882

## **CERTIFICATE OF SERVICE**

I, Maricia Woodham, hereby certify that I have filed the foregoing with the

Court's CM/ECF system which will send electronic notices to all counsel of record.


/s/ Maricia Woodham
OF COUNSEL