UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, ET AL., <br><br> Defendants. | CIVIL ACTION <br> NO. 05-11832-GAO |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective May 27, 2008, the new address for counsel for Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers, is as follows:

Louis A. Rodriques
Rheba Rutkowski
William F. Benson
Raquel J. Webster
Nikki J. Fisher
Eric A. Heining
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
Telephone: 617.951.8000
Facsimile: 617.951.8736

All pleadings, papers, notices and other documents filed or served in this matter from May 27, 2008 forward should be sent to the above address.

A/72541879 1/0999997-0000928537

                                **Ronnie Jones, Richard Beckers, Walter Washington, William Earl Bridgeforth, Shawn N. Harris, Eugene Wade George C. Downing, Jr., Clararise Bristow, Rachelle Couch, Keri Hogan, and the Massachusetts Association of Minority Law Enforcement Officers,**

                                  By their attorneys,

                                  */s/ Eric A. Heining*
                                  Louis A. Rodriques, BBO # 424720
                                  Rheba Rutkowski, BBO # 632799
                                  William F. Benson, BBO #646808
                                  Raquel J. Webster, BBO # 658796
                                  Nikki J. Fisher, BBO # 660268
                                  Eric A. Heining, BBO # 664900
                                  **BINGHAM MCCUTCHEN LLP**
                                  One Federal Street
                                  Boston, MA 02110-1726
                                  617.951.8000

Dated: May 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon all counsel of record, by first-class mail on May 20, 2008.

                                                            */s/ Eric A. Heining*
                                                             Eric A. Heining

A/72541879.1/0999997-0000928537