UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11832-GAO

RONNIE JONES, ET AL.,

                Plaintiffs,

vs.

CITY OF BOSTON, ET AL.,

                Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of Omar A. Khondker, Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C., as counsel for Psychemedics Corporation in this matter.

Respectfully submitted,

Dated: May 27, 2008

Peter A. Biagetti, BBO # 042310
Meredith M. Leary, BBO # 654211
Omar Khondker, BBO # 660752
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
(617) 542-2241 (Fax)

Attorneys for Psychemedics Corporation

## CERTIFICATE OF SERVICE

     I, Omar Khondker, certify that I served a copy of my Notice Appearance on behalf of Psychemedics Corporation through this Court's CM/ECF system on counsel of record in the above-captioned action.


Dated: May 27, 2008

                                                            Omar Khondker