UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-11832-GAO

_____
RONNIE JONES, RICHARD BECKERS,           )
WALTER R. WASHINGTON, WILLIAM     )
E. BRIDGEFORTH, SHAWN N. HARRIS, )
EUGENE WADE, GEORGE                          )
C. DOWNING, JR., CLARARISE                   )
BRISTOW, and the MASSACHUSETTS       )
ASSOCIATION OF MINORITY LAW           )
ENFORCEMENT OFFICERS,                        )
                                                                          )
     Plaintiffs                                                  )
vs.                                                                       )
                                                                          )
CITY OF BOSTON, BOSTON POLICE          )
DEPARTMENT, and KATHLEEN                  )
O'TOOLE, as she is Police Commissioner    )
for the Boston Police Department,                )
                                                                          )
     Defendants                                              )
_____)

## DEFENDANTS' *DAUBERT* MOTION TO PRECLUDE ALL TESTIMONY OF J. MICHAEL WALSH, Ph.D.

The City of Boston, Boston Police Department and Kathleen O'Toole (collectively "Defendants") hereby submit this *Daubert* Motion to Preclude All Testimony of J. Michael Walsh, Ph.D. ("Dr. Walsh"). As grounds for this motion, Defendants assert that Dr. Walsh's testimony does not meet the requirements of admissible expert testimony under *Daubert v. Merrell Dow Pharmaceuticals*, *Inc.*, 509 U.S. 579 (1993) because his failure take into account information, which he admits is important to his conclusions and which is inconsistent with his findings, renders his opinions unreliable.

For these reasons as set forth more fully in Defendant's Memorandum in Support, the Defendants respectfully request that this Court grant their Motion to Preclude All Testimony of Dr. Walsh in its entirety.

                                       Respectfully submitted,

                                       Defendants City of Boston,
                                       Boston Police Department, and
                                       Kathleen O'Toole
                                       By their attorneys,

                                       __/s/ Sean P. O'Connor_____
                                       Mary Jo Harris, BBO # 561484
                                       Michael Clarkson, BBO # 646680
                                       Sean P. O'Connor, BBO # 673835
                                       Morgan, Brown & Joy, LLP
                                       200 State Street, 11th Floor
                                       Boston, MA 02109-2605
                                       (617) 523-6666

Dated: August 28, 2009

CERTIFICATE OF SERVICE

      I, Sean P. O'Connor, hereby certify that this document was filed through the ECF system on August 28, 2009, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on the same date.

DATED:  August 28, 2009                                   /s/ Sean P. O'Connor

Certification of Compliance With Local Rule 7.1(A)(2)

      The above-signed hereby certifies that plaintiffs' counsel was conferred in a good faith attempt to narrow the issues presented in this motion.