```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


RONNIE JONES, ET AL.,        )
                             )
          Plaintiffs,        )    CIVIL ACTION NO.
                             )    05-11832-DPW
v.                           )
                             )
CITY OF BOSTON, ET AL.,      )
                             )
          Defendants.        )
```

## JUDGMENT

In accordance with this Court's Memorandum and Order of August 6/2015, granting the defendants' Motion for Summary Judgment (Dkt. No. 218), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the defendants against the plaintiffs.**

                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: August 7, 2015