UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 05-11832-DPW |
| CITY OF BOSTON, ET AL., ) | |
| Defendants. ) | |

## MOTION *IN LIMINE* TO EXCLUDE PLAINTIFFS' EXPERT OPINION TESTIMONY BASED ON "CULTURAL BIAS"

Defendants, the City of Boston, the Boston Police Department and William Evans hereby move in limine for an order striking, or otherwise precluding evidence from, the following paragraphs from the Trial Affidavit of David A. Kidwell, Ph. D (Doc 344 ## 9-13) ("Kidwell Trial Affidavit"), the Sealed Trial Affidavit of J. Michael Walsh, Ph. D (Doc 344 ## 1-8) ("Walsh Trial Affidavit"), and Plaintiffs' Proposed Findings of Fact and Conclusions of Law:

| Document | Paragraphs |
|---|---|
| Kidwell Trial Affidavit | 25, 35, 48-54, 82 |
| Walsh Trial Affidavit | 17, 23-25 |
| Plaintiffs' Findings of Fact | 27, 61, 75, 113, 114, 133, 134, 149, 150, 151, 155, 156 |
| Plaintiffs' Conclusions of Law | 209, 250 |

In support of their motion, Defendants respectfully refer the Court to their Memorandum In Support Of Their Motion *In Limine* To Exclude Plaintiffs' Expert Opinion Testimony Based On "Cultural Bias."

852501.1

**WHEREFORE**, Defendants respectfully requests that the Court enter an order striking, or otherwise precluding evidence, from the following:

| Document | Paragraphs |
| --- | --- |
| Kidwell Trial Affidavit | 25, 35, 48-54, 82 |
| Walsh Trial Affidavit | 17, 23-25 |
| Plaintiffs' Findings of Fact | 27, 61, 75, 113, 114, 133, 134, 149, 150, 151, 155, 156 |
| Plaintiffs' Conclusions of Law | 209, 250 |

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request a hearing on their motion

Respectfully submitted,

**Defendants CITY OF BOSTON, BOSTON POLICE DEPARTMENT AND WILLIAM EVANS,**

By their attorney,

/s/ Helen G. Litsas
Helen G. Litsas (BBO #644848)
LAW OFFICE OF HELEN G. LITSAS
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 781-646-1518
Fax: 781-643-1126
helen@litsaslaw.com


/s/ Nicole I. Taub
Nicole I. Taub, BBO#663517
Senior Assistant Corporation Counsel
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550
Nicole.Taub@pd.boston.gov

852501.1

/s/ Thomas S. Fitzpatrick
Thomas S. Fitzpatrick/BBO # 556453
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500
tfizpatrick@davismalm.com

Dated: February 9, 2018

### RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Local Rule 7.1(a)(2), prior to filing this motion counsel for Defendants conferred with counsel for Plaintiffs and made a good faith effort to resolve this dispute or narrow the issues.

/s/ Thomas S. Fitzpatrick

### CERTIFICATE OF SERVICE

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Thomas S. Fitzpatrcik
Thomas S. Fitzpatrick/BBO #556453

852501.1