UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BOSTON, ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 05-11832-DPW <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' RENEWED MOTION, PURSUANT TO FED. R. CIV. P. 52(c), FOR ENTRY OF JUDGMENT**

At the close of Plaintiffs' evidence, the Defendants, the City of Boston ("City"), the Boston Police Department ("BPD"), and William Evans (collectively, "Defendants"), moved, pursuant to Fed. R. Civ. P. 52(c), for judgment on the Plaintiffs' Title VII claim in Count I of their Amended Complaint. (Document 386). The Court reserved on the motion. Now at the close of all of the evidence, Defendants renew their motion for judgment, pursuant to Fed. R. Civ. P. 52(c).

In support of their motion, the Defendants respectfully refer the Court to Defendants' Memorandum In Support of Their Motion Pursuant to Fed. R. Civ. P. 52(c)

**WHEREFORE**, Defendants respectfully request that the Court enter judgment, pursuant to Fed. R. Civ. P. 52(c), in favor of the Defendants dismissing the Title VII claim in Count I of Plaintiffs' Amended Complaint.

855755.1

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request a hearing on their motion.

        Respectfully submitted by

**CITY OF BOSTON, BOSTON POLICE DEPARTMENT and WILLIAM EVANS**

By their attorneys,

/s/ Helen G. Litsas
Helen G. Litsas/BBO # 644848
Law Offices of Helen G. Litsas
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: (781) 646-1518
Fax: (781) 643-1126
helen@litsaslaw.com


/s/ Nicole I. Taub
Nicole I. Taub, BBO#663517
Senior Assistant Corporation Counsel
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120
Nicole.Taub@pd.boston.gov


/s/ Thomas S. Fitzpatrick
Thomas S. Fitzpatrick/BBO # 556453
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500
tfizpatrick@davismalm.com

Dated: March 15, 2018

**CERTIFICATE OF SERVICE**

    I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                /s/ Thomas S. Fitzpatrick
                                                Thomas S. Fitzpatrick/BBO # 556453