# IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE JONES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, ET AL., <br><br> Defendants. | CIVIL ACTION <br> No. 1:05-cv-11832-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs KERI HOGAN, RACHELLE COUCH, GEORGE DOWNING, WILLIAM BRIDGEFORTH, and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS hereby submit this Notice of Dismissal with Prejudice as against the Defendants, the City of Boston, the Boston Police Department and the Commissioner of the Boston Police Department. All rights of appeal are waived.

| | |
|---|---|
| **Respectfully submitted, CITY OF BOSTON, ET AL.,** <br><br> By their attorney, <br><br> */s/ Helen Litsas* <br> Helen G. Litsas (BBQ #644848) <br> LAW OFFICE OF HELEN G. LITSAS <br> 22 Mill Street, Suite 408 <br> Arlington, MA 02476 <br> Tel: 781-646-1518 <br> Fax: 781-643-1126 <br> helen@litsaslaw.com | **RONNIE JONES, ET AL.,** <br><br> By their attorneys, <br><br> /s/ *Lisa J. Pirozzolo* <br> Lisa J. Pirozzolo (BBQ #561922) <br> WILMER CUTLER <br>     PICKERING HALE AND <br>     DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> (617) 526-6000 <br> lisa.pirozzolo@wilmerhale.com |

|  | Oren M. Sellstrom (BBQ #569045)<br>LAWYERS FOR CIVIL RIGHTS<br>61 Batterymarch Street, Fifth Floor Boston, MA 02110<br>(617) 988-0613<br>osellstrom@lawyersforcivilrights.org |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Lisa J. Pirozzolo, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this November 15, 2023.

                                                         /s/ *Lisa J. Pirozzolo*
                                                         Lisa J. Pirozzolo